AUSA Assigned: TJO

*In re: Criminal Complaint re Jason Youker*

**AFFIDAVIT**

STATE OF WASHINGTON )
:ss
County of Spokane )

I, Scott M. Wagner, being first duly sworn on oath, depose and states:

**BACKGROUND AND TRAINING**

1. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am currently employed by the Drug Enforcement Administration (DEA), United States Department of Justice, and have been so employed since February 1997. I am currently assigned to the DEA Seattle Field Division, Spokane Resident Office, Spokane, Washington. In connection with my official duties, I investigate criminal violations of the Controlled Substances Act. Through the DEA, I have received specialized training in the enforcement of federal narcotics laws. My training and experience have involved, among other things: (1) the debriefing of defendants, witnesses, and informants, as well as others who have knowledge of the distribution and transportation of controlled substances and of the laundering and

concealment of proceeds of drug trafficking; (2) surveillance; (3) analysis of documentary and physical evidence; and (4) the hand-to-hand purchases of controlled substances.

2. I am familiar with investigations of drug trafficking organizations, methods of importation and distribution of controlled substances, and financial investigations. I have participated in numerous investigations involving organizations trafficking in controlled substances which have resulted in arrests of drug traffickers and seizures of controlled substances. In addition, I have participated in thirteen federal wiretap investigations.

3. The information provided in this Affidavit is based upon my own personal observations and discussions with other law enforcement officers, to include but not limited to North Central Narcotics Task Force Officers and Drug Enforcement Administration Special Agent Sam Keiser. The information contained in this Affidavit is not all of the information known to me or to other law enforcement agents/officers associated with this investigation. The information is provided to establish probable cause for the issuance of the criminal complaint and arrest warrant for Jason YOUKER.

**PROBABLE CAUSE**

4. At approximately 4:00 p.m. on September 17, 2014, Jason YOUKER was arrested by members of the North Central Washington Narcotics Task Force at milepost 289 on Highway 87 in Okanogan County, Washington, on a probable cause traffic stop. YOUKER was then transported and booked into the Okanogan County Jail in Okanogan, Washington, for a state distribution of a controlled substance charge.

5. On September 17, 2014, and into September 18, 2014, a federal search warrant was executed at the residence, outbuildings, trailers, related structures and grounds of Parcels 2372450015800, and 33719500250000 of the Gold Mountain Ranches Subdivision in Republic, Washington, which is a residence habituated by YOUKER. A permanent residence is under construction on the property, and construction workers and others staying on the property appear to share access to it. Approximately 325 gross grams of suspected methamphetamine were found during the search in areas proximate to a trailer associated with YOUKER through dominion and control paperwork. In addition, 14 firearms, to include one stolen handgun, have been found on the property. YOUKER is known to be prohibited from possessing firearms based on prior felony convictions. A query of the NCIC database reveals that Youker has 9 felony convictions as follows: VUCSA possession, possession of a firearm,

VUCSA possession with intent, Escape, Robbery, VUCSA- Manufacture/Delivery, Schedule 1,2 Narcotic, Theft-2, Theft-2 and Burglary-2. The suspected methamphetamine has field tested positive for methamphetamine. Based on my training and experience, the quantity of suspected methamphetamine found on the property is consistent with an intent to deliver.

6. On September 18, 2014, YOUKER was transported from the Okanogan County Jail to the Ferry County Jail and was booked into the Ferry County on a state distribution of a controlled substance charge. YOUKER will be arrested federally on 21 USC 841 (a)(1) charges and will be transported to the United States Federal Building for his initial appearance in United States Magistrate Court.

7. Based on the foregoing, it is my belief that there is probable cause to believe that Jason YOUKER knowingly and intentionally violated Title 21, United States Code, Section 841 (a)(1) by possessing with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a schedule III controlled substance.

Scott M. Wagner, Special Agent
Drug Enforcement Administration

SUBSCRIBED AND SWORN to before me this 19 day of September, 2014.

James P. Hutton
United States Magistrate Judge