AO 442 (11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br><u>JASON YOUKER</u><br>*Defendant* | )<br>)<br>) Case No. MJ-14-292<br>)<br>) |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE HEREBY COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JASON YOUKER
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

The offense is briefly described as follows:

Possesion with Intent to Distribute 50 Grams or More of a Mixture Containing a Detectable Amount of Methamphetamine in violation of Title 21 , United States Code, Section(s) 841(a)(1), (b)(1)(B)(viii).

Date: ~~September 18, 2014~~ September 19, 2014

*Issuing officer's signature:* /s/ James P. Hutton

City and state: Yakima, Washington

James P. Hutton- US Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on  9/19/14 , and the person was arrested on  9/19/14
at *(city and state)*  Spokane, WA

Date:  9/19/14

Arrested within the E/WA
By:  DEA
*(Agency)*
Executed On:  9/19/14
Sign: [signature] USMS

P40918rc.tod.Youker_ArrestWarrant.docx